# IN THE SUPREME COURT OF THE STATE OF NEVADA

INPATIENT CONSULTANTS OF NEVADA, INC., A MEDICAL CORPORATION; SHALINI BHATIA, D.O.; JESSICA GORDON, D.O.; NERIE JAMISON, DNP; DIGNITY HEALTH, D/B/A ST. ROSE DOMINICAN HOSPITAL-SIENA CAMPUS; AND BRIAN LIPMAN, M.D.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE DAVID M. JONES, DISTRICT JUDGE,
Respondents,
and
WILLIAM NATHAN BAXTER,
Real Party in Interest.

No. 75432



FILED

APR 30 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion for summary judgment in a tort action. Having considered petitioners' arguments and the supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d. 849, 851 (1991). In particular, we perceive no reason to deviate from our general policy of declining to consider writ petitions challenging orders denying motions for summary judgment, *see Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997), as the underlying action has been pending since 2013 in district

18-16240

court and has an imminent trial setting, and it appears that the legal issues raised in the petition may be refined during further pretrial proceedings or at trial and that those issues may be adequately reviewed on an appeal from a final judgment, *see Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Douglas

_____, J.
Pickering

_____, J.
Hardesty

cc:    Hon. David M. Jones, District Judge
John H. Cotton & Associates, Ltd.
Kenneth M. Sigelman & Associates
Christiansen Law Offices
Eighth District Court Clerk

---

[1]We grant Dignity Health's April 16 and Brian Lipman, M.D.'s April 24 motions to join this writ petition. The clerk of the court shall modify the caption on the docket for this case to conform to the caption of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A